No. 88–1789.  FREEDE ET UX. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 10th Cir.  Certiorari denied.

No. 88–1797.  GOETHE HOUSE NEW YORK, GERMAN CULTURAL CENTER v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir.  Certiorari denied.

No. 88–1806.  LAND AIR DELIVERY, INC. v. NATIONAL LABOR RELATIONS BOARD.  C. A. D. C. Cir.  Certiorari denied.

No. 88–1808.  BUSHMAN ET AL. v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 88–1826.  BARROW v. KING ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 88–1828.  BERKLEE COLLEGE OF MUSIC v. BERKLEE CHAPTER OF THE MASSACHUSETTS FEDERATION OF TEACHERS, LOCAL 4412, AFT, AFL–CIO.  C. A. 1st Cir.  Certiorari denied.

No. 88–1832.  DOHERTY v. SOUTHERN COLLEGE OF OPTOMETRY.  C. A. 6th Cir.  Certiorari denied.

No. 88–1842.  PORCELLI v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 88–1848.  GENERAL MOTORS CORP. v. SKELTON ET AL. C. A. 7th Cir.  Certiorari denied.

No. 88–1850.  SEVENTY-TWO THOUSAND, NINE HUNDRED AND FORTY DOLLARS IN UNITED STATES CURRENCY ET AL. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 88–1852.  BRADLEY FACILITIES, INC. v. BURNS, COMMISSIONER OF TRANSPORTATION OF CONNECTICUT.  Sup. Ct. Conn. Certiorari denied.

No. 88–1858.  COFFIN v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.